UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LUCINDA O'DEA, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>CLINIQUE LABORATORIES, LLC,<br><br>          Defendant. | Case No. 1:24-cv-02750<br><br>Judge Sharan Johnson Coleman |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Lucinda O'Dea hereby voluntarily dismisses her claims against Defendant Clinique Laboratories, LLC with prejudice.

Dated: September 6, 2024

Respectfully submitted,

/s/ Philip L. Fraietta
Philip L. Fraietta

**BURSOR & FISHER, P.A.**
Philip L. Fraietta
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel.: (866) 252-0878
gklinger@milberg.com

Nick Suciu III*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

1

        6905 Telegraph Rd., Suite 115
        Bloomfield Hills, MI 48301
        Tel.:(313) 303-3472
        Fax:(865) 522-0049
        nsuciu@milberg.com